■ SKYWAY AUTO RAMP, INC., v. HERMAN J. ZAWIN.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before August 12, 1958, with notice of

argument for the September, 1958 Term of this court, said appeal to be argued or submitted when reached.   Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.